DISMISS; Opinion filed September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00384-CV

## ROBERT E. HUTCHISON, Appellant

### V.

## BRUSNIAK BLACKWELL, P.C., Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-01372

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang
Opinion By Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant asks that the Court dismiss the appeal and assess all costs against him. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MOLLY FRANCIS
JUSTICE

120384F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT E. HUTCHISON, Appellant

No. 05-12-00384-CV        V.

BRUSNIAK BLACKWELL, P.C., Appellee

Appeal from the 14th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-01372).

Opinion delivered by Justice Francis, Justices Bridges and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Brusniak Blackwell, P.C., recover its costs of the appeal from appellant, Robert E. Hutchison.

Judgment entered September 20, 2012.

MOLLY FRANCIS
JUSTICE